IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 17 2012

CHRIS R. JOHNSON, Clerk
By _____ Deputy Clerk

SCOTT and KARI POWELL

    Plaintiffs,

v.                         Civil Action No. 12-6054

GENERAL MOTORS, LLC

    Defendants.

## DEFENDANT'S NOTICE OF REMOVAL

### TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF ARKANSAS

Defendant, GENERAL MOTORS, LLC (hereinafter referred to as "Defendant") hereby files this Notice of Removal under Rule 81(c) of the Federal Rules of Civil Procedure and pursuant to 28 U.S.C. §§ 1446(a) and (b) and 28 U.S.C. §1332, and states the following:

### INTRODUCTION

1.    Plaintiffs filed suit in the Circuit Court of Garland County, Arkansas on January 9, 2012. Defendants were served with Notice of this suit on March 19, 2012 (Attached Exhibit "1"). Defendants timely filed this Notice of removal within the thirty-day time period required by 28 U.S.C. §1446(b).

2.   In Plaintiffs' Complaint, filed in the Circuit Court of Garland County, Arkansas on January 9, 2012 and styled <u>Scott and Kari Powell v General Motors LLC</u> Case No.

{02064204.DOC}

CV-12-78 (Attached Exhibit "2,"), Plaintiffs allege causes of action for negligence, and strict liability.

## BASIS FOR REMOVAL

3. Removal is proper because there is complete diversity of citizenship between the parties. Plaintiff is a citizen of the State of Arkansas. (Ex. "2" at ¶1). Plaintiff alleges in the Complaint that Defendant, General Motors LLC is a foreign limited liability company. (Ex. "2" at ¶ 2). The amount in controversy in this cause of action exceeds $75,000.00, exclusive of interest and costs. (Ex. "2" at ¶ 19).

4. The Notice of Removal will be filed with the Circuit Court of Garland County, Arkansas on April 17, 2012. (Attached Exhibit "3")

5. Consequently, Defendants request that this Court assume jurisdiction of this case pursuant to 28 U.S.C. §§1441, 1446 and 28 U.S.C. §1332.

6. Defendants have attached to this Notice, all pleadings, process, orders and all other filings served upon Defendant in the state court action as required by 28 U.S.C. §1446(a).

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC.

By:/s/   Ronald L. Harper
RONALD L. HARPER #2011121
DENNIS G. SADLER # 2008103
Brinkley Plaza
80 Monroe Avenue, Suite 800
Memphis, TN 38103
(901) 527-0214
ron.harper@leitnerfirm.com
dennis.sadler@leitnerfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the 16th day of April 2012, a copy of the foregoing electronically filed instrument was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party:

Harvey Harris
HARRIS LAW FIRM
1920 N. Main, Suite 214
N. Little Rock, AR 72114

                                              /s/  Ronald L. Harper
                                              Ronald L. Harper
                                              Dennis G. Sadler