IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SCOTT POWELL
AND KARI POWELL                                                              PLAINTIFFS

VS.                                  CASE NO. 6:12-cv-06054

GENERAL MOTORS, LLC                                                          DEFENDANT

# ORDER

Before the Court is Plaintiffs' Motion to Dismiss. (ECF No. 10). Plaintiffs state that they are seeking to dismiss their Complaint (ECF No. 1) because all necessary parties have not been identified or named. Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs' Complaint against Defendant General Motors, LLC is hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 30th day of July, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge